UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

SUZANNE J. MCGHEE                      CASE NO. 06-10229
SSN: xxx-xx-9364                        CHAPTER 13
RODNEY H. MCGHEE
SSN: xxx-xx-1120
Debtors

---

**NOTICE TO PORTFOLIO ACQUISITIONS THAT $253.57 HAS BEEN DEPOSITED
INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Portfolio Acquisitions, creditor herein, and deposits $253.57 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Portfolio Acquisitions was:

   OSI Collection Services, Inc.
   PO Box 105127
   Atlanta, GA 30348

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 2-10-10

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on 2-10-10

By U. S. Mail to the Debtors and Creditor as follows:
Debtor(s): Suzanne & Rodney McGhee, 6020 Altadena Drive, Ft. Wayne, IN 46816
Creditor: Portfolio Acquisitions, OSI Collection Services, Inc., PO Box 105127, Atlanta, GA 30348

By electronic e-mail to the following:
Debtors' Attorney: Randall Stiles
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson